# NERF™ DOG

**IT'S NERF OR NOTHIN'!**

EXHIBIT B

To Order, Call (888) 400-3952



# NERF DOG

## PRODUCT FEATURES

### SQUEAKER
Rubber interactive squeaker toy



PACKAGING

### RETRIEVER
Super tough nylon & stitching is 3x's stronger than standard plush

Tear resistant coating on nylon

Tail fans into a helicopter-like motion

PACKAGING





To Order, Call (888) 400-3952

# NERF DOG

## PRODUCT FEATURES

### HOWLER FLYER
Highly durable whistling flying disc

*PACKAGING*




### RUBBER TENNIS BALL
Tennis ball protected by rubber with hexagon pattern grip



*PACKAGING*


<a>
</a>

sales@nerfpet.com



# NERF DOG

## PRODUCT FEATURES

### JAILAI THROWER
- Sleek curved design allows for hands free pickup
- NERF DOG's highest performing thrower
- Launches over 250 feet

PACKAGING

BALL INCLUDED

### ADJUSTABLE LAUNCHER
Extendable design allows for hands free pickup
Launches up to 250 feet

BALL INCLUDED

PACKAGING

To Order, Call (888) 400-3952

# DURABLE RUBBER INTERACTIVE TOYS

### SQUEAKER FOOTBALL
Cost: $5.00

6 in / 15.2 cm



6997  6998

### SQUEAKER FOOTBALL
Cost: $5.00

6 in / 15.2 cm



6988  6989

### SQUEAKER BALL
Cost: $3.50

6 in / 15.2 cm



6999  7000

### CRUNCH-ABLE BALL
Cost: $3.50

Rubber exterior with a crinkle plush interior
4 in / 10.2 cm



7009  7010  7008  7011

### FEEDER FOOTBALL
Cost: $3.00

5 in / 12.7 cm

TREAT DISPENSING TOY

7003

### CRUNCH-ABLE FOOTBALL
Cost: $5.00

Rubber exterior with a crinkle plush interior
6 in / 15.2 cm



6995  6996

7263






sales@nerfpet.com

**TPR FLYER** Cost: $4.50
Thermoplastic rubber flying disc
10 in / 25.4 cm
7001 7002

FLOATS

**NYLON FLYER** Cost: $3.00
Nylon disc with tear resistant coating
10 in / 25.4 cm
7024 7023 7022

**JAILAI THROWER** Cost: $5.00
Sleek curved design allows for hands free pickup
Plastic
Tennis Ball Included
18 in / 45.7 cm
7259

**HOWLER FLYER** Cost: $4.00
Plastic
10 in / 25.4 cm

WHISTLES IN FLIGHT

7021 7020

7019

**EXTENDABLE LAUNCHER** Cost: $6.00
Extendable design allows for hands free pickup
Launches up to 250 feet
Plastic
Tennis Ball Included
10.2 in / 26 cm
(25 in / 63.5 cm extended)

To Order, Call (888) 400-3952

# 3X'S STRONGER THAN STANDARD PLUSH!

**TEAR RESISTANT COATING ON DURABLE NYLON**

## FOOTBALL LAUNCHER
Cost: $5.50

Elastic allows toy to launch up to 100 feet
17 in/ 43.2 cm



7013

7012

## RETRIEVER FOOTBALL
Cost: $5.00 lg. $4.00 med.

Tail fans into a helicopter-like motion
15 in/ 31.8 cm (lg)
12 in/ 30.5 cm (med)

7018
7258

7017
7257

7016
7256

7014

## TUFF TUG FOOTBALL ROPE
Cost: $5.00

17 in/ 43.2 cm

7015

To Order, Call (888) 400-3952

# PLAN-O-GRAMS

### COMES WITH 4 OF EACH FACING



1ft

2ft



3ft

**1 FT**
$ 186.00
Pc. Count: 44

**2 FT**
$ 306.00
Pc. Count: 72

**3 FT**
$ 446.00
Pc. Count: 100

*4ft. Plan-o-gram also available.*


sales@nerfpet.com

## 2-SIDED FLOOR DISPLAY

*78" x 12"*

$ 333.00
Pc. Count: 68

## DISPLAYS

*COMES WITH 4 OF EACH FACING*

## POWER WING

*44" x 13"*

$ 143.00
Pc. Count: 32




Side 1 — Side 2



**To Order, Call (888) 400-3952   sales@nerfpet.com**

**MINIMUM ORDER OF $125.00**

**ALL ITEMS MUST BE ORDERED AS INNERS OF 2**

Follow us on these social networks for special promotions and discounts!

- Facebook.com/nerfdog
- @nerfpet on Twitter

Licensed By: Hasbro

HASBRO and its logo and NERF and its logo are trademarks of Hasbro and are used with permission. © 2013 Hasbro. All Rights Reserved.

## BILLING ADDRESS

Buyer _____ Resale No. _____
Company _____
Address _____
City _____ State _____ Zip _____
Phone _____ Fax _____
Email _____

## SHIPPING ADDRESS

Company _____
Address _____
City _____ State _____ Zip _____
Phone _____ Fax _____

## REP INFORMATION

Company _____
Name _____
Phone _____ Fax _____

Customer PO Number _____
Order Date _____ Cancel Date _____

| PLAN-O-GRAM | SKU | ITEM DESCRIPTION | COLOR | PCS | UNIT COST | MSRP |
|---|---|---|---|---|---|---|
| 3 FT / 2 FT / 1 FT | 7010 | Crinkle Balls | Green | | $ 3.50 | $ 7.00 |
| | 7008 | Crinkle Balls | Red | | $ 3.50 | $ 7.00 |
| | 7009 | Crinkle Balls | Blue | | $ 3.50 | $ 7.00 |
| | 7011 | Crinkle Balls | Black | | $ 3.50 | $ 7.00 |
| | 7006 | Rubber Tennis Ball | Blue/Orange | | $ 3.00 | $ 6.00 |
| | 7007 | Rubber Tennis Ball | Red/Green | | $ 3.00 | $ 6.00 |
| | 7261 | Rubber Tennis Ball | Green | | $ 3.00 | $ 6.00 |
| | 7012 | Football Fling Slinger | Green/Black | | $ 5.50 | $ 11.00 |
| | 7013 | Football Fling Slinger | Red/Black | | $ 5.50 | $ 11.00 |
| | 6992 | Barbell Chew toy - Med | Red | | $ 5.00 | $ 10.00 |
| | 6993 | Barbell Chew toy - Med | Blue | | $ 5.00 | $ 10.00 |
| | 6994 | Barbell Chew toy - Med | Green | | $ 5.00 | $ 10.00 |
| | 6995 | Crinkle Football | Green | | $ 5.00 | $ 10.00 |
| | 6996 | Crinkle Football | Red | | $ 5.00 | $ 10.00 |
| | 6986 | Rubber Football Tug Toy | Blue/Black | | $ 6.00 | $ 12.00 |
| | 6987 | Rubber Football Tug Toy | Green/Black | | $ 6.00 | $ 12.00 |
| | 6997 | Squeak Football | Green/Black | | $ 5.00 | $ 10.00 |
| | 6998 | Squeak Football | Red/Black | | $ 5.00 | $ 10.00 |
| | 6999 | Squeak ball | Green | | $ 3.50 | $ 7.00 |
| | 7000 | Squeak Ball | Red | | $ 3.50 | $ 7.00 |
| | 7003 | Football O' Treats | Blue | | $ 3.00 | $ 6.00 |
| | 7263 | Football O' Treats | Green | | $ 3.00 | $ 6.00 |
| | 7020 | Whistling Flying Disc | Red | | $ 4.00 | $ 8.00 |
| | 7021 | Whistling Flying Disc | Blue | | $ 4.00 | $ 8.00 |
| | 7005 | Triple Ring Tug Toy - Sm | Bk/Bl/Yellow | | $ 3.00 | $ 6.00 |
| | 6990 | Infinity Rubber Tug Toy | Red | | $ 4.50 | $ 9.00 |
| | 7260 | Infinity Rubber Tug Toy | Blue | | $ 4.50 | $ 9.00 |
| | 7019 | Extendable Launcher | Green/Black | | $ 6.00 | $ 12.00 |
| | 7014 | Large Plush Tug Football | Red/Black | | $ 5.00 | $ 10.00 |
| | 7015 | Large Plush Tug Football | Green/Black | | $ 5.00 | $ 10.00 |
| | 7256 | Football Flyer - Med | Blue | | $ 4.00 | $ 8.00 |
| | 7258 | Football Flyer - Med | Green | | $ 4.00 | $ 8.00 |
| | 7257 | Football Flyer - Med | Red | | $ 4.00 | $ 8.00 |
| | 6988 | Ridged Squeak Football | Green | | $ 5.00 | $ 10.00 |
| | 6989 | Ridged Squeak Football | Blue | | $ 5.00 | $ 10.00 |
| | 6991 | Triple Ring Tug Toy - Lg | Bk/Bl/Yellow | | $ 5.00 | $ 10.00 |
| | 7016 | Football Flyer - Lg | Blue | | $ 5.00 | $ 10.00 |
| | 7018 | Football Flyer - Lg | Green | | $ 5.00 | $ 10.00 |
| | 7017 | Football Flyer - Lg | Red | | $ 5.00 | $ 10.00 |
| | 7024 | Nylon Flying Disc | Orange | | $ 3.00 | $ 6.00 |
| | 7023 | Nylon Flying Disc | Blue | | $ 3.00 | $ 6.00 |
| | 7022 | Nylon Flying Disc | Red | | $ 3.00 | $ 6.00 |
| | 7001 | TPR Flying Disc | Green | | $ 4.50 | $ 9.00 |
| | 7002 | TPR Flying Disc | Red | | $ 4.50 | $ 9.00 |
| | 7259 | Jailai Thrower | Blue | | $ 5.00 | $ 10.00 |

☐ 3ft  ☐ 2ft  ☐ 1ft POG

## PAYMENT INFORMATION

Customer Signature _____
( ) Visa  ( ) Master  ( ) Check  ( ) Net 30  ( ) Other*
Credit Card Number _____ Exp _____
Cardholder Name _____
Billing Address Zipcode _____ 3-Digit Security Code _____

Sub Total _____
Shipping _____
TOTAL COST _____

Shipment Location: Carson, CA

Gramercy Products, Inc.
600 Meadowlands Pkwy, Ste. 131
Secaucus, NJ 07094